National Bank of Jacksonville, Appellant, v. John J. Dunne, et al., Appellee.

Appeal dismissed on motion of counsel for Appellees.

L. R. Milton, for Appellant;

Clarke & Clarke, Fred T. Myers, F. C. Alderman and John W. Burton, for Appellees.